NOVEMBER 24, 1952.

No. 408. PENN-DIXIE CEMENT CORP. *v.* DICKINSON, COMMISSIONER OF FINANCE AND TAXATION, ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Charles C. Moore* for appellant. *Roy H. Beeler,* Attorney General of Tennessee, and *Allison B. Humphreys,* Solicitor General, for appellees.